■ AMANDA FORTINI, Respondent-Appellant, v FRANCIS FORD COPPOLA et al., Defendants, and AZX, LLC, Doing Business as ZOETROPE ALL-STORY, Appellant-Respondent. [855 NYS2d 367]— Appeal from judgment, Supreme Court, New York County (Martin Shulman, J.), entered November 1, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. Appeals from orders, same court (Sherry Klein Heitler, J.), entered April 12, 2005 and March 20, 2006, unanimously dismissed, without costs, as subsumed in the appeal from the judgment. No opinion. Order filed. Concur—Mazzarelli, J.P., Saxe, Friedman and Nardelli, JJ.